UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL M. CINTRON,<br><br>                                     Plaintiff,<br><br>           -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                                     Defendant. | **ORDER DENYING**<br>**IFP APPLICATION**<br><br>20 Civ. 1837 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Leave to proceed in this Court without prepayment of fees is denied, because no answers are provided to Questions 4-8 on the Application to Proceed without Prepaying Fees or Costs, and Question 3 is answered only in part.

Dated: New York, New York
      March 16, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge